UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                                :
                                                                         :
         Plaintiff,                                                    :  No. 99 CR. 192 (CSH)
                                                                         :
                                                                         :
        -against-                                                         :
                                                                         :
                                                                         :
MILVIO DUARTE,                                                           :
                                                                         :  **AUGUST 14, 2020**
        Defendant.                                                   :
                                                                         :
-------------------------------------------------------------------------X

## ORDER

**HAIGHT, Senior District Judge:**

    The Court is in receipt of the letter [Doc. 56] from Mr. Duarte's counsel, Eunice C. Lee, Assistant Federal Defender, dated August 6, 2020, and hereby GRANTS the application set forth therein for an extension of time. Accordingly, Mr. Duarte's counsel may file his § 2255 Motion to Vacate, brief, and any supporting documents on or before **September 4, 2020.**

    It is SO ORDERED.

    Signed: August 14, 2020
            New Haven, Connecticut

                                              */s/Charles S. Haight, Jr.*
                                              CHARLES S. HAIGHT, JR.
                                              Senior United States District Judge