UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                            :
:
          Plaintiff,                                  :     No. 99 CR. 192 (CSH)
:
:
:
     -against-                                         :
:
:
MILVIO DUARTE,                                       :
:     **SEPTEMBER 14, 2020**
          Defendant.                                  :
:
------------------------------------------------------------------------X

## ORDER

**HAIGHT, Senior District Judge:**

       The Court is in receipt of the letter [Doc. 59] from Mr. Duarte's counsel, Eunice C. Lee, Assistant Federal Defender, dated September 4, 2020, and hereby GRANTS the unopposed application set forth therein to file a thirty-one (31) page memorandum in support of Plaintiff's § 2255 motion. Accordingly, Mr. Duarte's counsel may file forthwith Plaintiff's proposed "Memorandum of Law in Support of Motion to Vacate Pursuant to 28 U.S.C. § 2255" [Doc. 59-1].

       It is SO ORDERED.

       Signed: September 14, 2020
               New Haven, Connecticut

                                             */s/Charles S. Haight, Jr.*
                                             CHARLES S. HAIGHT, JR.
                                             Senior United States District Judge