**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No.  99 Cr. 192 (CSH) |
| v. | |
| MILVIO DUARTE, | **JULY 20, 2021** |
| Movant-Defendant. | |

<u>**ORDER**</u>

**HAIGHT, Senior District Judge:**

There is pending in this Court a motion for habeas corpus relief titled *United States v. Angel Padilla,* 94 Cr. 313.  The Court has filed on this date a Memorandum and Order in that case.

For the reasons stated in that Memorandum and Order, its contents are incorporated by reference in this captioned case, *United States v. Milvio Duarte*, 99 Cr. 192.

Further proceedings in this case will be governed by the Memorandum and Order entered in the Padilla case, 94 Cr. 313, which is filed contemporaneously herewith .

It is SO ORDERED.

Dated:  New Haven, Connecticut
        July 20, 2021

*/s/Charles S. Haight, Jr.*
CHARLES S. HAIGHT, JR.
Senior United States District Judge