UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MILVIO DUARTE,<br>       Movant-Defendant. | No. 1:99 Cr. 192 (CSH)<br><br><br><br>OCTOBER 20, 2022 |

### ORDER

**HAIGHT, Senior District Judge:**

      The pending motion for habeas corpus relief [Doc. 61] by Milvio Duarte is being treated by the Court as a companion case to another habeas motion before this Court: *United States v. Padilla*, 1:94 Cr. 313. The relevant circumstances are set forth in a prior "Memorandum and Order" filed in that case on July 20, 2021 [Doc. 917]. *See United States v. Padilla*, No. 1:94-CR-0313 (CSH), 2021 U.S. Dist. LEXIS 135032 (July 20, 2021). The Court is contemporaneously filing a further "Memorandum and Order" on this day in the *Padilla* case.

      For the reasons previously stated, the contents of the "Memorandum and Order" filed this day in the *Padilla* case are incorporated by reference into this captioned case, *United States v. Milvio Duarte*, 1:99 Cr. 192.

      In consequence, any further submissions by counsel in the captioned case must be exchanged

and filed not later than November 23, 2022.

    It is SO ORDERED.

    Dated:  New Haven, Connecticut
             October 20, 2022

                                             */s/Charles S. Haight, Jr.*
                                             CHARLES S. HAIGHT, JR.
                                             Senior United States District Judge