**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

-against-

MILVIO DUARTE,

Defendant.

No. 1:99-CR-192 (CSH)

NOVEMBER 29, 2022

## ORDER

**HAIGHT, Senior District Judge:**

The letter brief filed by Assistant United States Attorney Colson [Doc. 80] is hereby accepted as the government's "Supplemental Brief re: *Taylor* and *Scott*," in compliance with this Court's prior "Memorandum and Order" [Doc. 78], filed on October 20, 2022.

The letter brief filed by Assistant Federal Defender Habib on behalf of Duarte [Doc. 81] is accepted as filed in compliance with the Court's "Memorandum and Order" [Doc. 78], filed on October 20, 2022. Habib's request for leave to respond to the government's supplemental filing [Doc. 80] by filing an additional letter brief is hereby GRANTED. Habib must file his responsive letter brief on behalf of Duarte or before **December 14, 2022.**

It is SO ORDERED.

Dated: New Haven, Connecticut
November 29, 2022

*/s/Charles S. Haight, Jr.*
CHARLES S. HAIGHT, JR.
Senior United States District Judge