UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MILVIO DUARTE,<br>     Movant-Defendant. | No.  1:99 Cr. 192 (CSH)<br><br><br><br>AUGUST 13, 2024 |

## ORDER RE:  FILING DEADLINE

**HAIGHT, Senior District Judge:**

The Government is hereby directed to file its written opposition, if any, to Defendant Milvio Duarte's "Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582 (c)(1)(A)(i)" [Doc. 86] on or before Tuesday, **September 10, 2024**.

It is SO ORDERED.

Dated:   New York, New York
         August 13, 2024

                    */s/Charles S. Haight, Jr.*
                    CHARLES S. HAIGHT, JR.
                    Senior United States District Judge